# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2015

150683

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                            SC: 150683
                                            COA: 312409

JIMMY EARL McCASKILL,
        Defendant-Appellee.
                                            Wayne CC: 11-008725-FC

_____/

On order of the Court, the application for leave to appeal the November 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2015


Clerk

p0416